# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 45TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on October 22, 2014, the cause upon appeal to revise or reverse your judgment between

In the Interest of A.S., Appellant

V.

No. 04-14-00418-CV and Tr. Ct. No. 2013-PA-00002

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the motion to withdraw filed by appellant's attorney is GRANTED, and the trial court's order is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as an indigent under TEX. R. APP. P. 20.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on December 30, 2014.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00418-CV

**In the Interest of A.S.**

**v.**

(NO. 2013-PA-00002 IN 45TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| REPORTER'S RECORD | $0.00 | INDIGENT | COUNTY |
| CLERK'S RECORD | $335.00 | INDIGENT | |
| FILING | $195.00 | INDIGENT | |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this December 30, 2014.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 3853